# UNITED STATES DISTRICT COURT

FILED 07 MAR '25 13:14 USDC-ORE

for the

District of Oregon

_____Eugene_____ Division

McAllister, Patrick Michael

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Goldsby, Caleb (EPD1124)
Peckels, Justin (EPD1108)
Hurley, J. (EPD1193)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 6:25-00406-MTK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Patrick M. McAllister |
| Street Address | 930 54th Street |
| City and County | Springfield, Lane |
| State and Zip Code | Oregon, 97478 |
| Telephone Number | (458) 221-0660 |
| E-mail Address | nomadronin1991@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Caleb Goldsby |
| Job or Title *(if known)* | Peace Officer; EPD1124 |
| Street Address | |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Justin Peckles |
| Job or Title *(if known)* | Peace Officer; EPD1108 |
| Street Address | |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | J. Hurley |
| Job or Title *(if known)* | Peace Officer; EPD1193 |
| Street Address | |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Right to Due Process; Defendants failed to follow proper protocol during arrest, did not clearly announce themselves or read the Plaintiff their Miranda Rights.
Use of Excessive Force; Defendants used "targeted strikes" to fracture bones and severely cripple the Plaintiff for "resisting arrest" without giving adequate opportunity to comply.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Combination of Compensatory, Punitive and General Damages to deter further abuses of civil rights and due process of law

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 12/20/2024 at Buckley House Inc. the Defendants did knowingly violate the Plaintiff's right to due process by failing to properly announce themselves as Peace Officers or read Miranda rights. Defendants used "targeted strikes" to cause damage to the Plaintiff's brain, liver, left elbow and both feet after failing to give the Plaintiff adequate time to comply.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$50,000 non-economic damages; pain and suffering from fractures, soft tissue damage and PTSD.
$50,000 punitive damages to deter other Peace Officers from engaging in such violations.
$20,000 general damages; temporary loss of ability to properly care for disabled father's estate.
Declatory Relief of Citizen Right to Due Process of Law.
Vacatur Relief of Guilty pleas in Lane County Circuit Court Case No. 24CR67845.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/07/2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Patrick M. McAllister

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

DAS
DEPARTMENT OF ADMINISTRATIVE SERVICES

Risk Management | EGS
PO Box 12009
Salem, OR 97309-0009
503-373-7475
503-373-7337 fax

IMPORTANT: Must be completed in Acrobat Reader.
Download Reader here

E-mail: risk.management@oregon.gov
Website: State of Oregon: Risk Management
Find this form on the Web at:
https://www.oregon.gov/das/Risk/Documents/Form_AllClaimsNonAuto.pdf

# OREGON STANDARD TORT CLAIM FORM

**Claimant Information**

1. Claimant name: McAllister, Patrick Michael 08/15/1991
   Last Name First Middle Date of Birth (mm/dd/yyyy)
2. Current residential address: 930 54th St. Springfield, OR 97478
3. Mailing address (if different):
4. Claimant's telephone number: Home (458) 221-0660 Alternate
5. Claimant's email address: nomadronin1991@gmail.com

**Incident Information**

6. Date of Incident: 12/20/2024 Time: 7:56 ☐ a.m. ☒ p.m.
7. Location of incident: Buckley Detoxification Center
8. Description of incident:

Claimant was admitted to Buckley Detox Center at 11:00 a.m. where he was given Tramadol, scrubs and a bed. Buckley staff awoke the claimant in the evening and brought him to a holding cell following a miscommunication where he was held against his will while Buckley staff called the Eugene Police Department to lodge false accusations. EPD officers arrived and charged at the claimant who was already in an alert state as a result of being assaulted by Buckley staff, officers failed to identify themselves which led the claimant to believe he was under attack and respond in self defense. The officers involved proceeded to slam the claimant's head into the concrete floor repeatedly while preventing him from putting his left arm behind his back and using "targeted strikes" on his liver which fractured two ribs on the right side. After using a taser on the claimant for an extended period the officers threw the claimant into the back of a car hard enough to slam the top of his head into the inside of the opposite door where the claimant finally lost consciousness.

9. Police report? ☒ yes ☐ no If yes, please provide the report number and the police agency name (City, County or State)

Report Number: 24-19409 Police Agency Name: Eugene Police Department

**State Agency**

10. Name of State agency involved and why you believe they are responsible for your damage/injury.

Eugene Police Department, use of excessive force resulting from failure to follow proper protocol.

11. Name of employee (if applicable): Caleb Goldsby, Justin Peckles, J. Hurley, K. Abaya, M. Luevanos, C. Private, T. Richards.

**Damages**

12. If injuries occurred, please complete the bodily injury questionnaire.

13. If property damage occurred, describe it below and list and provide photographs and 2 estimates.

**Witnesses**

14. Witness name, address, phone number and relationship:



Revised 06/26/2018
Form No. DAS-RM Standard form

DAS
DEPARTMENT OF ADMINISTRATIVE SERVICES

Risk Management | EGS
PO Box 12009
Salem, OR 97309-0009
503-373-7475
503-373-7337 fax

E-mail: risk.management@oregon.gov
Website: State of Oregon: Risk Management
Find this form on the Web at:
https://www.oregon.gov/das/Risk/Documents/Form_AllClaimsNonAuto.pdf

# OREGON STANDARD TORT CLAIM FORM

**Bodily Injury Questionnaire: IMPORTANT: We are required by federal law to obtain the information in questions 15 through 17. Failure to provide this information will result in delays in resolving your claim. You can find further information at Centers for Medicare and Medicaid Services - Home Website.**

**Bodily Injury Questionnaire**

15. Last Name: McAllister — First name: Patrick — Middle initial: M

16. Date of Birth (mm/dd/yyyy): 08/15/1991

17. Gender: ☒M ☐F

18. Is this related to an auto accident? (If no, skip to question 22)

19. If yes, where were you seated in vehicle?
☐Driver ☐Front right passenger ☐Rear right passenger ☐Rear left passenger ☐Other ____________________

20. Seatbelt used? ☐Yes ☐No — What kind? ☐Lap ☐Shoulder ☐None

21. Did the airbag deploy? ☐Yes ☐No

22. Describe your injury:
Mild concussion, fractured left elbow, fractures to right ribs and foot, spinal compression.

23. When did you first notice you were injured?
12/20/2024

24. Have you sought medical treatment? ☒Yes ☐No

25. If yes, list the medical providers you have seen:
SacredHeart Riverbend Emergency Department, Slocum Orthopedics.

26. Approximate amount of medical costs incurred to date:
$0

27. Is future treatment expected? ☒Yes ☐No

28. If yes, explain:
Follow-up with Slocum Orthopedics, CT scan scheduled at Oregon Imaging Center.

29. Do you have any prior injuries to the injured body part(s)? ☐Yes ☒No

30. If yes, explain:

31. Any other information you would like to provide us:
Concussion, fractures and soft tissue damage resulting from Excessive force.



Revised 06/26/2018
Form No. DAS-RM Standard form

DAS DEPARTMENT OF ADMINISTRATIVE SERVICES
Risk Management | EGS
PO Box 12009
Salem, OR 97309-0009
503-373-7475
503-373-7337 fax
E-mail: risk.management@oregon.gov
Website: State of Oregon: Risk Management
Find this form on the Web at:
https://www.oregon.gov/das/Risk/Documents/Form_AllClaimsNonAuto.pdf

## OREGON STANDARD TORT CLAIM FORM

Additional information:

Body camera footage from 1/7 officers involved has been received by Public Defender Services of Lane County.

**Per ORS 30.275, Risk Management must receive your claim within 180 days from the date of loss.**
I declare the foregoing is true and correct to the best of my knowledge.

Signature of claimant Patrick M McAllister (Verified by pdfFiller 01/29/2025) Date 02/07/2025

PRINT SUBMIT

# REPORTING OFFICER NARRATIVE

| *Eugene Police Department* | | OCA *24-19409* |
|---|---|---|
| Victim *GOLDSBY, CALEB B* | Offense *ASSAULT PUBLIC SAFETY OFFICER -* | Date / Time Reported *Fri 12/20/2024 19:47* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

BODYCAMERA/ CEPDCBG December 20th, 2024 at 1956 hours

IN-CAR VIDEO/ CEPDCBG December 20th, 2024 at 2002 hours

EVIDENCE/ Digital images, uploaded to Evidence.com

This investigation was captured on body worn camera and in-car video. The following is a synopsis of the investigation and is not intended to be a transcribed version of events. The un-edited, original digital recordings should be reviewed in their entirety for full content.

SOURCE OF ACTIVITY

On December 20th, 2024 I was on duty as a sworn Police Officer for the City of Eugene, Oregon.

OFFICERS OBSERVATION / INVESTIGATION

While on patrol, I was dispatched to (Buckley Detox) regarding a disorderly subject. This address is located within the city limits of Eugene. While on patrol, I was wearing a full uniform displaying a badge on my chest.

The caller advised the suspect, Patrick McAllister, was in a holding cell lighting items and himself on fire. This happened after he was advised he was being discharged for being belligerent, yelling at staff and banging on his holding cell door. Staff attempted to discharge McAllister, but he refused to leave.

Once I arrived, I observed McAllister in his holding cell with an active fire. Smoke filled the room and the intake area. There was burnt clothing and a plastic trash can that was melting on the floor damaging it. Staff later advised the flooring was melted and the room needed to be shut down to be later repaired. McAllister was seated in a chair with a bandana over his face.

ARREST / CUSTODY

Ofc. Hurley retrieved a bucket of water. We opened the door and doused the fire, and Ofc. Peckels told McAllister he was under arrest. I stepped into the room and grabbed onto McAllister`s left wrist. McAllister stood up and swung and punched me on the left side of my head with his right fist.

McAllister continued fighting and resisting officers attempts to place him into custody. McAllister kicked at officers and attempted to move his hands to the center of his body, preventing us from bringing his hands behind his back to place him in handcuffs. Officers used a combination of focused strikes and a taser to get McAllister into custody. I ensured McAllister`s handcuffs were double-locked for safety after checking fit and placement.

See assisting officer`s supplementals for further details.

After being placed into custody, McAllister said he was fighting for his life. He also made vague comments about wanting police to kill him and asked ESFD for a lethal injection. Officers had to apply a flexible restraint device to prevent McAllister from kicking.

The strike to my head was near my left temple. Ofc. Hurley took a photo and observed my head to be red in color. My head felt like slightly `tight` and swollen in that area and at times I could feel my heartbeat in that area. I also

**REPORTING OFFICER NARRATIVE**

*Eugene Police Department*

| Victim | Offense | OCA 24-19409 / Date / Time Reported |
|---|---|---|
| *GOLDSBY, CALEB B* | *ASSAULT PUBLIC SAFETY OFFICER -* | *Fri 12/20/2024 19:47* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

had pain similar to a headache.

Ofc. Hurley later advised one of his shins were struck by one of McAllister`s kicks. He advised his shin was red and possibly sustained a cut. He later uploaded photos of his leg.

McAllister was evaluated by ESFD and released by them. Ofc. Hurley and Ofc. Peckels transported McAllister to the Lane County Jail. He was escorted inside by deputies due to his continued disorderly behavior.

I later reached out to Lynn Acheson who is the director of Buckley. She confirmed they wished to press charges against McAllister and said she will work on obtaining surveillance footage of the event.

BOOKING

I lodged McAllister at LCJ for Criminal Trespass II, Resisting Arrest, Assault on a Public Safety Officer, and Arson II.

This report prepared by Ofc. C. Goldsby EPD1124 DPSST59453

## CASE SUPPLEMENTAL REPORT

Printed: 12/21/2024 05:08

*Eugene Police Department* OCA: **2419409**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST* **Case Mng Status:** *NA* **Occurred:** *12/20/2024*

**Offense:** *ASSAULT PUBLIC SAFETY OFFICER - SIMPLE ASLT*

**Investigator:** *PECKELS, J. (EPD1108)* **Date / Time:** *12/20/2024 22:16:06, Friday*

**Supervisor:** *MCCAULEY, S. (EPD1161)* **Supervisor Review Date / Time:** *12/20/2024 22:33:04, Friday*

**Contact:** **Reference:** *Supplemental*

BODY WORN CAMERA/ CEPDJYP 12/20/24 @1957

NARRATIVE:

On December 20, 2024, I responded as a cover officer to assist Eugene Police Officer Goldsby on a disorderly subject located at Buckley Detox.

During this time, all officers involved, including myself were wearing uniforms and displaying badges. I arrived at the location and learned the suspect, later identified as Patrick McAllister, was refusing to leave the facility after being discharged from a sobering cell. McAllister was reported to have lit a fire inside the sobering cell and appeared the fire was growing while inside the facility. McAllister was reported to have threatened the staff at the location he was going to slit their throats and was threatening he was wanting to be shot by police.

During this time, several employees were inside of the location. I entered the facility and observed McAllister was inside a sobering cell with an approximate 18-inch flame emitting from a bucket with material burning inside.

Eugene Police Officer Hurley opened the cell door and tossed water from a bucket onto the fire, ultimately extinguishing it. I admonished McAllister he was under arrest and identified myself as "Eugene Police."

Officer Goldsby entered the cell, and McAllister sprang to his feet. I observed McAllister raise his right hand, balled into fist and strike Officer Goldsby on the right side of his face. Officer Goldsby appeared to stumble backwards, and McAllister charged at Officer Goldsby from the cell.

During this time, I was less than a few feet behind Officer Goldsby as McAllister came charging towards him. I did not know the physical status of Officer Goldsby as he appeared to stumble backwards after being punched by McAllister. I feared as Officer Goldsby was going backwards, he could have fell to the ground and McAllister could have gotten on top of Officer Goldsby. Fearing for Officer Goldsby`s safety, I clenched my right hand into a fist and delivered a single focused strike to nose of McAllister`s face area.

Based on my training as a police officer and as a Defensive Tactics Instructor, we utilize focused strikes, specifically striking the facial area to cause a distraction and disorientation to a suspect. The focused strike can induce a brief moment of hesitation from a suspect. I struck McAllister in the face to stop his charging behavior towards Officer Goldsby.

The strike to McAllister appeared effective as he appeared to tumble forwards and fall to the ground. I observed Officer Goldsby too appeared to fall to the ground and appeared to land on his back. I feared for the safety of Officer Goldsby as the position he landed in, on his backside, was dangerous as McAllister appeared to land almost on top of Officer Goldsby.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 12/21/2024 05:08

*Eugene Police Department* OCA: 2419409

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST* **Case Mng Status:** *NA* **Occurred:** *12/20/2024*

**Offense:** *ASSAULT PUBLIC SAFETY OFFICER - SIMPLE ASLT*

**Investigator:** *PECKELS, J. (EPD1108)* **Date / Time:** *12/20/2024 22:16:06, Friday*

**Supervisor:** *MCCAULEY, S. (EPD1161)* **Supervisor Review Date / Time:** *12/20/2024 22:33:04, Friday*

**Contact:** **Reference:** *Supplemental*

I positioned myself onto the back of McAllister and felt his knees were tucked under his chest. Based on my experience as a police officer, the position McAllister had his knees bent in, were indicative of person who was attempting to continue to stand to their feet and put themselves in a position of advantage to further assault police. I observed McAllister's had his hands balled and felt the tension in his arms as he tensed his arms while I tried to pull his arm behind his back. McAllister was given commands to put his hands behind his back and was again told he was under arrest.

Officer Hurley drive stunned McAllister with his taser, and I could hear the snapping and popping of the taser. As McAllister was being drive stunned, no Nero Muscular Incapacitation (NMI) was being achieved. McAllister appeared to fight harder, trying to stand to his feet. While I was bearing all of my weight on the back of McAllister, McAllister appeared to still be gaining momentum to stand to his feet. While trying to keep McAllister flat on his stomach, the area which we were struggling to keep him contained in was a concreate surface with desk and support beam next to us. The space was confined and small.

All effort to keep McAllister flat on the ground appeared to be ineffective. I delivered a second focused strike to the facial area of McAllister trying to distract and disrupt his momentum to stand to his feet. After the strike Officer Hurley delivered two taser deployments to McAllister. After the taser deployment, Eugene Police Officer Abya was able to get a control hold of McAllister's left arm and placed it into a handcuff.

I grabbed McAllister's left arms and dragged it across his back, placing his right hand into a handcuff.

I checked McAllister's waistline to check for immediate access to weapons he might have access to. I assisted in placing McAllister in the grass area in front of Buckely and waited for Eugene Springfield fire to assess McAllister. I placed McAllister onto his left side into a rescue position, allowing oxygen to flow into his lungs, and not asphyxiate while on his stomach.

While waiting for ESF, McAllister began kicking his legs at officer Abaya and was placed into a Flexible Restraint Device.

Officer Hurley and I transported McAllister to the Lane County jail where Lane County jail Deputies removed McAllister from our police vehicle.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 12/21/2024 05:06

*Eugene Police Department* OCA: **2419409**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST* **Case Mng Status:** *NA* **Occurred:** *12/20/2024*

**Offense:** *ASSAULT PUBLIC SAFETY OFFICER - SIMPLE ASLT*

**Investigator:** *HURLEY, J. (EPD1193)* **Date / Time:** *12/20/2024 22:22:45, Friday*

**Supervisor:** *RICHARDS, T. (EPD649)* **Supervisor Review Date / Time:** *12/21/2024 02:47:08, Saturday*

**Contact:** **Reference:** *Supplemental*

BODY WORN CAMERA CEPDJYH 12202024 @ 1957

NARRATIVE:

On 12-20-24 I was working uniformed patrol as a Two-Officer unit with Officer Justin Peckels. We responded to Buckley House at for the report of a disorder subject. Call details included that the subject was threatening to slit the throats of employees and was banging on the doors of the room he was in. Additional details included the subject had started a fire inside the room he was in and it was spreading, the subject said he wanted to be shot by Police and threatened to throw a Molotov cocktail. The subject, Patrick McAllister, had extensive history and alerts including weapons, being uncooperative, and threatened suicide by cop.

Officer Goldsby advised there was Probable cause to arrest Patrick. We entered the building and I observed a fire inside the room, actively burning what looked like a plastic bucket/paper and the room was filling with smoke. I observed Patrick sitting in a chair on the right side of the room. I opened the door, threw a bucket of water on the fire to extinguish the flames, and stepped back to set the bucket down. Officer Goldsby reached into the room to grab Patrick, and I observed Patrick lunge out of the room and begin actively fighting with Officer Goldsby, Officer Peckels, and Officer Abaya. Officer Goldsby had fallen to the ground in front of Patrick. Patrick then went to his knees in front of Officer Goldsby on the ground. That created a potentially dangerous situation for Officer Goldsby who was in a position of disadvantage and Patrick`s arms were not yet controlled.

I heard Officer Abaya advise Patrick again that he was under arrest and instructed him to give him his hands. It did not appear that Officer Abaya was gaining control of Patrick`s hands. I observed Officer Peckels mounted on the back of Patrick. I announced that I would use my Taser. Because of Officer Peckels` position on Patrick`s back, I waited to discharge the taser probes until I had a more accessible body part and to avoid tasing Officer Peckels. I contacted my taster to Patrick`s lower back and activated the side paddle in the drive stun function. Patrick`s legs then extended out behind him. I contacted my taser to Patrick`s left buttocks and activated the side paddle in the drive stun function. Officer Peckels then stood up and it allowed for more access to Patrick`s back area. I fired one set of taser probes into Patrick`s lower back and another set of taser probes into Patrick`s left thigh. The taser was activated for 1 full cycle. I fired both sets of taser probes so as to complete the electrical circuit and create neuromuscular incapacitation (NMI) of Patrick`s body. Once Patrick was in NMI, Officer`s were able to place Patrick in handcuffs.

Patrick was then taken outside to a grass area so the fire department could evaluate him. While outside, Patrick continued to be act disorderly, thrash his body, and kicked Officer Abaya. I applied a flexible restraint device (FRD) to Patrick`s legs to prevent him from kicking at Officers again. ESFD paramedics arrived and evaluated Patrick. We transported Patrick to LCAC where he had to be forcefully removed from the back of the patrol car by jail Deputies.

Investigator Signature Supervisor Signature

Patient Name:MCALLISTER, PATRICK M
Date of Birth:8/15/1991
MRN:376475

Accession:8350006
Exam Date:12/28/2024 18:08:05




XR Elbow Left 3 View or more

Key Image

Mcallister Patrick M
SLOCUM ORTHOPEDICS
Pt ID: 308448
Birth: 8/15/1991
Desc: 73630^Foot 3v Standing AP, Oblique, Standing Lat, Right^ / FOOT
Exam Date: 1/23/2025

Scale: 0.21:1.00
W 253 L 55
CMP




- 4th metatarsal head/neck
- 1st toe proximal phalanx


Mcallister Patrick M
SLOCUM ORTHOPEDICS
Pt ID: 308448
Birth: 8/15/1991
Desc: 73630^Foot 3v Standing
AP, Oblique, Standing Lat, Right^
/ FOOT
Exam Date: 1/23/2025
Scale: 0.32:1.00
W 180 L 107
CMP
R