FILED 07 MAR '25 13:14 USDC-ORE

Full name: Patrick M. McAllister
Address: 930 54th Street
Springfield, OR 97478
Phone: (458) 221-0660
E-mail: nomadronin1991@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

McAllister, Patrick Michael

*(List the full name(s) of the plaintiff(s)/petitioner(s))*

v.

Goldsby, Caleb (EPD1124)
Peckels, Justin. Hurley, J.
*(List the full name(s) of the defendant(s)/respondent(s))*

Case No.: 6:25-CV-00406-MTK

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Patrick McAllister, ask the Court to request a pro bono attorney to represent me in this action.

I need an attorney in this case because (briefly explain why you need an attorney in this case): Pursuant to Criminal Case in Lane County Circuit Court, all other attempts to acquire counsel have failed.

To support this motion, I declare under penalty of perjury that the following information is true and correct:

1. When I filed this case (check the appropriate box):
   - ☒ I filed an IFP application in this case and it is still an accurate representation of my current financial status.
   - ☐ I paid the filing fee for this case and did not file an IFP application.
   - ☐ I did not pay the filing fee for this case and I did not file an IFP application (explain below):

2. I am requesting an attorney to represent me as a(n):
☒ Individual ☐ Company (LLC, LLP, etc.)

3. I am currently incarcerated: ☐ Yes ☒ No **If yes**, where are you currently incarcerated:
______________________________

4. I contacted a lawyer, law firm, or legal clinic to try to obtain legal representation.
☒ Yes ☐ No **If yes**, list the lawyers, law firms, or clinics you contacted and their responses to your requests:
Tonkon Torp LLP: Unable to assist.
Johnston Law Firm, P.C.: Unable to assist.
Clark Law & Associates: Full case load.
Kafoury and McDougal: Unable to assist.
Oregon Justice Resource Center: No Response.
Oregon Bar Referral Services: Unable to assist.

5. I am currently employed (self or other): ☐ Yes ☒ No
**If yes**, complete the following:
Employer name: __________ Take home pay: $________
Employer address: __________ Per: ☐ Hour ☐ Week ☐ Month
__________ Time on job: ____ ☐ Months ☐ Years

6. My significant-other is currently employed (self or other): ☐ Yes ☐ No ☒ N/A
**If yes**, complete the following:
Employer name: __________ Take home pay: $________
Employer address: __________ Per: ☐ Hour ☐ Week ☐ Month
__________ Time on job: ____ ☐ Months ☐ Years

7. I received money from the following sources in the last 12 months (check all that apply):
☐ Business (professions, self-employment) in the amount of: $________
☐ Rental properties, interest, or dividends in the amount of: $________
☐ Pensions, annuities, or life insurance in the amount of: $________
☐ Disability or workers compensation in the amount of: $________
☐ Unemployment benefits in the amount of: $________
☒ Other (describe): Online sales in the amount of: $ 100.00
☐ None of the above.

8. I own the following assets (check all that apply):
☐ Stocks (describe): __________ in the amount of: $________
☐ Real estate (describe): __________ in the amount of: $________
☐ Bonds (describe): __________ in the amount of: $________
☐ Securities (describe): __________ in the amount of: $________

☐ Automobiles (describe): ______________________ valued at: $__________

☒ Other (describe): Cash on hand in the amount of: $ 150.00

Coins in the amount of: $ 50.00

______________________ in the amount of: $__________

☐ None of the above.

9. I have money in the following accounts (check all that apply):

☐ Checking, total current balance of: $__________

☐ Savings, total current balance of: $__________

☐ Certificate of Deposit (CD), total current balance of: $__________

☐ Money Market, total current balance of: $__________

☒ Credit union, total current balance of: $ 67.50

☐ Prison trust account, total current balance of: $__________

☐ Other accounts (list all other accounts):

☐ ______________________ in the amount of: $__________

☐ ______________________ in the amount of: $__________

☐ None of the above.

10. I am financially responsible for the following monthly expenses (check all that apply):

☐ Rent/mortgage payments in the amount of: $__________

☐ Utilities in the amount of: $__________

☐ Child/spousal support in the amount of: $__________

☐ Credit card/loan payments in the amount of: $__________

☐ Insurance (home, medical, auto) in the amount of: $__________

☐ Transportation/auto payments in the amount of: $__________

☐ Other (list all other monthly expenses):

☐ ______________________ in the amount of: $__________

☐ ______________________ in the amount of: $__________

☒ None of the above.

11. I am financially responsible for the following dependents (if under age 18, use initials):

Name or initials: ______________________ Amount of monthly support: $_______
Relationship to you: ______________________ Age: ________

Name or initials: ______________________ Amount of monthly support: $_______
Relationship to you: ______________________ Age: ________

Name or initials: ______________________ Amount of monthly support: $_______
Relationship to you: ______________________ Age: ________

☒ I am not financially responsible for any dependents.

**DECLARATION**

1. I declare under the penalty of perjury that my answers to the foregoing questions are true and correct.

2. I understand that if I am assigned an attorney and my attorney learns, either from me or elsewhere, that I can afford an attorney, my attorney may give that information to the Court.

3. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case, and that there is no guarantee that an attorney will volunteer to represent me.

4. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature of Applicant: [signature] Date: 03/07/2025

Printed Name of Applicant: Patrick McAllister